# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

December 29, 2025

Lyle W. Cayce
Clerk

No. 25-20319
Summary Calendar

───────────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

CORNELIUS WALLS,

*Defendant—Appellant*.

───────────────────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CR-151-2

───────────────────────────────────

Before WIENER, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Defendant-Appellant Cornelius Walls has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Walls has not filed a response. We have reviewed counsel's brief and the relevant portions of the record

───────────────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20319

reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.